■ In the Matter of CARDINAL MCCLOSKEY SCHOOL & HOME, Petitioner, v AILEEN H. SCHWARTZ et al., Respondents.—Petition unanimously granted, without costs or disbursements, to the extent of directing an immediate dispositional hearing before a Judge other than Judge Taylor. Cross petition to dismiss the instant proceeding unanimously denied, without costs or disbursements. Under the circumstances disclosed by this record, an immediate dispositional hearing is warranted before a Judge other than Judge Taylor. Concur—Kupferman, J. P., Birns, Capozzoli and Lane, JJ.

■ In the Matter of DENNIS P.—Cross motion to dismiss granted on the ground that an appeal from an intermediate order does not survive the entry of final judgment—in this proceeding, the order of disposition. (Jema Props. v McLeod, 51 AD2d 702.) If and when an appeal is taken from that order, this court may review the order entered on fact finding (CPLR 5501, subd [a], par 1), the separate appeal from which we now dismiss. Concur—Murphy, P. J., Kupferman, Evans, Lane and Markewich, JJ.

### (September 30, 1977)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CAROLYN B. KENNY, as Law Guardian, on Behalf of EUELE CAMPBELL v ROBERT K. DAVIS.— Application pursuant to CPLR 7002, for a writ of habeas corpus granted only to the extent contained in the order of this court. Concur—Lupiano, J. P., Evans, Capozzoli and Markewich, JJ.

## SECOND DEPARTMENT, SEPTEMBER, 1977

### (September 7, 1977)

■ In the Matter of JOHN R. DUNNE et al., Appellants, v ISABEL R. DODD et al., Constituting the Board of Elections of the County of Nassau, Respondents.—In a proceeding to enjoin the Board of Elections and the "Inspectors of Election and Clerks * * * from preparing and distributing polling lists of those individuals who have voted at the forthcoming Republican primary to be held on September 8, 1977", the appeal is from a judgment of the Supreme Court, Nassau County, dated September 7, 1977, which denied the application. Judgment affirmed, without costs or disbursements (see Matter of Peirez v Dodd, 61 AD2d 895). Latham, J. P., Damiani, Rabin, Shapiro and Mollen, JJ., concur.